# C & H ARIZONA-STUCKY, LLC
# ROBB & STUCKY
## 2 YEAR CASH FLOW PROJECTION

| INCOME: | NOV 2010- OCT 2011 | NOV 2011-OCT 2012 | TOTAL |
|---|---|---|---|
| RENTAL INCOME | $1,586,264.52 | $1,630,185.20 | $3,216,449.72 |
| DEFERRED RENT | $52,875.48 | $52,875.48 | $105,750.96 |
| REAL ESTATE TAX | $300,000.00 | $300,000.00 | $600,000.00 |
| PRIVILEGE TAX | $50,417.64 | $51,559.58 | $101,977.22 |
| **TOTAL INCOME** | **$1,989,557.64** | **$2,034,620.26** | **$4,024,177.90** |
| EXPENSE: | | | |
| REAL ESTATE TAX | $300,000.00 | $300,000.00 | $600,000.00 |
| INSURANCE | $16,000.00 | $17,000.00 | $33,000.00 |
| PRIVILEGE TAX | $50,417.64 | $51,559.58 | $101,977.22 |
| PRINCIPAL & INTEREST | $518,857.56 | $518,857.56 | $1,037,715.12 |
| **TOTAL EXPENSE** | **$885,275.20** | **$887,417.14** | **$1,772,692.34** |
| **CASH FLOW** | **$1,104,282.44** | **$1,147,203.12** | **$2,251,485.56** |

| SUMMARY OF CATEGORIES | |
|---|---|
| BASED UPON PRINCIPAL BALANCE OF | $9,056,711.38 |
| AMORTIZATION 30 YEARS @ 4%=MO PAY | $43,238.13 |

| RENTAL INCOME NOV 10-OCT 11 | |
|---|---|
| 132,188.71 X 12 MONTHS | $1,586,264.52 |

| RENTAL INCOME NOV 11-OCT 12 | |
|---|---|
| NOV 11-JUNE 12 @132,188.71 | $1,057,509.68 |
| JULY 2012 RENT INCREASE (PARTIAL MO) | $136,452.75 |
| AUG 2012-OCT 2012 $145,407.59 | $436,222.77 |
| TOTAL | $1,630,185.20 |