Edwin B. Stanley, Esq., #011730
**SIMBRO & STANLEY, PLC**
8767 East Via de Commercio
Suite #103
Scottsdale, Arizona 85258-3374
(480) 607-0780
bstanley@simbroandstanley.com

Attorneys for Debtor C&H Arizona-Stucky, LLC

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 14, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>C & H ARIZONA-STUCKY, LLC, an Arizona limited liability company,<br><br>Debtor. | Case No. 2:10-bk-21165-RJH<br><br>In Proceedings Under Chapter 11<br><br>**ORDER (1) APPROVING AMENDED DISCLOSURE STATEMENT; (2) FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION OF AMENDED PLAN OF REORGANIZATION DATED DECEMBER 3, 2010; AND (3) FIXING TIME FOR SUBMISSION OF BALLOTS** |

An *"Amended Disclosure Statement Accompanying Debtor's Amended Plan of Reorganization Dated December 3, 2010"* (the "Amended Disclosure Statement") having been filed by the Debtor on December 3, 2010, referring to the *"Amended Plan of Reorganization by the Debtor Dated December 3, 2010"* (the "Plan"), and the Court having determined that the Amended Disclosure Statement contains adequate information,

**IT IS HEREBY ORDERED**, and notice is given that:

A. The Debtors' Amended Disclosure Statement is hereby approved.

B. January 18, 2011, at 5:00 p.m. is fixed for the last day for voting creditors to complete their ballots accepting or rejecting the Plan and for returning their ballots to counsel for the Debtors: Edwin B. Stanley, Esq., Simbro & Stanley, PLC, 8767 E. Via de Commercio, #103, Scottsdale, Arizona 85258-3374.

C. On or before December 17, 2010, the Plan, this Order, and the Amended Disclosure Statement, and the Ballot for accepting or rejecting the Plan shall me mailed to creditors,

equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee as provided in Fed.R.Bankr.P. 3017(d)

D. January 20, 2011, at 11:00 a.m. is fixed as the hearing on confirmation of the Plan. The Confirmation hearing shall be held at the United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona, Courtroom #603.

E. January 18, 2011 at 5:00 p.m. is fixed as the last day for filing and serving objections to confirmation of the Plan pursuant to Fed.R.Bankr.P. 3020(b)(1).

F. The Debtor shall prepare and file a ballot report on or prior to 5:00 p.m. on January 19, 2011.

**SIGNED AND DATED**
**AS SET FORTH ABOVE**