Edwin B. Stanley, Esq., #011730
**SIMBRO & STANLEY, PLC**
8767 East Via de Commercio
Suite #103
Scottsdale, Arizona 85258-3374
(480) 607-0780
bstanley@simbroandstanley.com

Attorneys for Debtor C&H Arizona-Stucky, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:10-bk-21165-RJH |
| C & H ARIZONA-STUCKY, LLC, an Arizona limited liability company, | In Proceedings Under Chapter 11 |
| Debtor. | **BALLOT REPORT** |
| | Hearing Date: January 20, 2011 |
| | Hearing Time: 11:00 a.m. |

**C & H ARIZONA-STUCKY, LLC**, an Arizona limited liability company (the "Debtor") by and through its duly authorized, undersigned attorneys, Simbro & Stanley, PLC, hereby provides the following ballot report regarding the balloting on the Debtor's Amended Plan of Reorganization Dated December 3, 2010 (the "Plan.").

**I.  CLASSES ENTITLED TO VOTE.**

Pursuant to the Plan, Class 2, two classes of creditors are entitled to vote to accept or reject the Plan: Class 2 (the MSDW Secured Claim) and Class 3 (General Unsecured Claims).

**II.  VOTING RESULTS.**

Class 2 (MSDW Secured Claim):         Rejects.

Class 2 rejects the Plan.

Class 3 (General Unsecured Claims)

| **Claimant** | **Claim Amount** | **ACCEPT/REJECT** |
|---|---|---|
| Vern Padgett | $100,000.00 | Accepts |
| Travelers Insurance | $7,574.00 | Accepts |

**Class 3 unanimously accepts the Plan**.

**RESPECTFULLY SUBMITTED** this 18th day of January, 2011.

SIMBRO & STANLEY, PLC

/s/ *EBS* #011730
Edwin B. Stanley, Esq.
8767 East Via de Commercio
Suite #103
Scottsdale, Arizona 85258
Attorneys for Debtor C&H Arizona-Stucky, LLC

LLC Copies of the foregoing
electronically transmitted
or mailed where marked
with a *
this 18th day of January, 2011
to:

**OFFICE OF THE UNITED STATES TRUSTEE**
230 North First Avenue
Suite #204
Phoenix, Arizona 85003

Nathan Kanute, Esq.
Jon Saffer, Esq.
Snell & Wilmer LLP
One S. Church Ave, Suite 1500
Tucson, Az 8570
Attorneys for MSDW 2000-Life 1 Stucky Store, LLC

Craig Solomon Ganz, Esq.
Gallagher & Kennedy PA
2575 E Camelback Rd #1100
Phoenix, AZ 85016
Attorneys for Robb & Stucky

/s/ *Sharon D. Kirby*