# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** C&H Arizona-Stucky, LLC
**Case Number:** 2:10-bk-21165-RJH  **Chapter:** 11
**Date / Time / Room:** THURSDAY, JANUARY 20, 2011 11:00 AM  6TH FLOOR #603
**Bankruptcy Judge:** RANDOLPH J. HAINES
**Courtroom Clerk:** JANET SMITH
**Reporter / ECR:** SHERI FLETCHER

## Matters:

1) HEARING ON CONFIRMATION OF PLAN
   R / M #: 25 / 0

2) FINAL EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MSDW 2000 LIFE 1 STUCKY STORE
   R / M #: 33 / 0

## Appearances:

EDWIN B STANLEY, ATTORNEY FOR C&H ARIZONA-STUCKY, LLC
JONATHAN M. SAFFER, ATTORNEY FOR MSDW 2000 LIFE 1 STUCKY STORE
NATHAN KANUTE, ATTORNEY FOR MSDW 2000 LIFE 1 STUCKY STORE

## Proceedings:

Mr. Stanley requested the Court set confirmation over for 30 days so he can continue to try to workout the issues.

Mr. Kanute agreed both matters can be continued for 30 days.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO FEBRUARY 22, 2011 AT 2:30 PM. ALLOWING 15 MINUTES.